UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES,

                                                                S5 15-cr-379 (PKC)

    -against-

                                                                 ORDER

OTTO SALGUERO MORALES, AND RONALD
SALGUERO PORTILLO,

                       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The arraignment and bail hearing for defendant, Otto Salguero Morales, is adjourned to June 29, 2020 at 11:00 a.m. Public access instructions for this proceeding will be posted on the docket when they become available.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                       United States District Judge

Dated:  New York, New York
           June 17, 2020