UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                                                                                                                        S5 15-cr-379 (PKC)

      -against-

                                                                                                                        ORDER

OTTO SALGUERO MORALES and RONALD
SALGUERO PORTILLO,

                          Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The arraignment and bail hearing for defendant, Otto Salguero Morales, will proceed on June 29, 2020 at 10:30 a.m. via teleconference. The call-in information for this teleconference is:

        <u>Dial-in</u>:    (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                                                                  P. Kevin Castel
                                                                         United States District Judge

Dated:  New York, New York
          June 25, 2020