UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    S5 15-cr-379 (PKC)

      -against-

                                                    ORDER

OTTO SALGUERO MORALES,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The conference previously scheduled for November 4, 2020 is adjourned to December 16, 2020 at 2:00 p.m. in Courtroom 11D at 500 Pearl Street.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to allow the parties to continue discussions of a potential disposition of this case and to accommodate the restricted schedule due to COVID.  Accordingly, the time between today and December 16, 2020 is excluded.

        SO ORDERED.

                                                    P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       October 7, 2020