UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :

UNITED STATES OF AMERICA,                :

                                                  :

           -v.-                                     :           S5 15-cr-379 (PKC)

                                                   :

RONALD SALGUERO PORTILLO and      :             <u>ORDER</u>
OTTO SALGUERO MORALES,                :

                                                   :

                    Defendants.        X
-----------------------------------------------------------------------

CASTEL, U.S.D.J.

        The conference in this matter scheduled on January 20, 2021 has been rescheduled to 9:00 am on January 20, 2021.

        The dial-in information for the proceeding is as follows:

        <u>Phone Number</u>:      888-363-4749

        <u>Access Code</u>:       3667981

        SO ORDERED.

                                                                   P. Kevin Castel
                                                          United States District Judge

Dated: January 15, 2021
       New York, New York