

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2021

Application Granted.
SO ORDERED.
Dated:  5/7/2021

_____
P. Kevin Castel
United States District Judge

Via ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Geovanny Fuentes Ramirez*, S6 15 Cr. 379 (PKC)

Dear Judge Castel:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of May 11, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Matthew Laroche
Assistant United States Attorney
(212) 637-2420

cc: Defense Counsel (by ECF)