UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

S5 15-cr-379 (PKC)

-against-

ORDER

OTTO RENE SALGUERO MORALES and
RONALD ENRIQUE SALGUERO PORTILLO,

Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

Defendants Otto Rene Salguero Morales and Ronald Enrique Salguero Portillo are invited to submit a reply memorandum by June 9, 2021 to the government's May 28, 2021 submission on the superseding indictment/random assignment issue. The defendants are also invited to address whether they forfeited any right to seek relief by reason of the time delay and intervening developments between their first appearances in the district (March 12, 2020 and June 19, 2020) and their filing of motions (April 29, 2021).

SO ORDERED.

Dated: June 3, 2021
      New York, New York

P. Kevin Castel
United States District Judge