

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2021

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Otto Salguero Morales & Ronald Salguero Portillo*,
           S5 15 Cr. 379 (PKC)

Dear Judge Castel:

      The parties understand that the Court has adjourned the upcoming status conference in this matter until July 19, 2021, at 12 p.m. The Government respectfully requests that, in light of the COVID-19 pandemic and to allow for the continued review of discovery by the defendants, the Court exclude time through the date of the new conference, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to this request.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      United States Attorney

              By:   /s/
                     Jason A. Richman
                     Benjamin W. Schrier
                     Kyle A. Wirshba
                     Assistant United States Attorneys
                     (212) 637-2493