```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            S5 15-cr-379 (PKC)

           -against-
                                                            ORDER
OTTO RENE SALGUERO MORALES and RONALD
ENRIQUE SALGUERO-PORTILLO,

                       Defendants.
------------------------------------------------------------x
```

CASTEL, U.S.D.J.

The next conference in this case will be held as scheduled on July 19, 2021 at 12:00 p.m. The dial-in information is as follows:

        CALL-IN:        888-363-4749

        ACCESS CODE:    3667981#

Members of the public must mute their phones and will not be permitted to speak during the proceeding.

SO ORDERED.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
       July 14, 2021