

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

<hr>

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2021

**BY ECF**
Honorable P. Kevin Castel
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re:   ***United States v. Otto Salguero Morales & Ronald Salguero Portillo***,
> S5 15 Cr. 379 (PKC)

Dear Judge Castel:

The Government respectfully writes in response to the Court's order that the Government file a letter regarding blackout dates during the first quarter of 2022 for a trial in the above-captioned case. The Government is unavailable between January 1, 2022, and February 4, 2022, because of other trials tentatively scheduled to take place in cases to which the undersigned Assistant U.S. Attorneys ("AUSAs") are assigned. The Government is otherwise available during the first quarter of 2022.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/_____
Jason A. Richman
Benjamin Woodside Schrier
Kyle A. Wirshba
Assistant U.S. Attorneys
(212) 637-2589/2493/1062