UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                                                                                          S5 15-cr-379 (PKC)

      -against-

                                                                                         ORDER

OTTO RENE SALGUERO MORALES and
RONALD ENRIQUE SALGUERO PORTILLO,

                  Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to defendant Otto Rene Salguero Morales' and defendant Ronald Enrique Salguero Portillo's motions for a bill of particulars by September 9, 2021.

        SO ORDERED.

Dated: August 17, 2021
       New York, New York

                                                                P. Kevin Castel
                                                         United States District Judge