UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                     15 CR 379 (PKC)

         -against-                                                 ORDER

RONALD ENRIQUE SALGUERO-PORTILLO
And OTTO SALGUERO-MORALES,

                            Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for April 6, 2022 is adjourned until July 12, 2022 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to permit defense counsel to obtain documents and continue reviewing discovery with their clients which will assist with respect to plea discussions that may obviate the need for trial.  Accordingly, the time between today and July 12, 2022 is excluded.

       SO ORDERED.

                                                    P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
         April 4, 2022