UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

S5 15-cr-379 (PKC)

-against-

ORDER

OTTO RENE SALGUERO MORALES and
RONALD ENRIQUE SALGUERO PORTILLO,

Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

The trial of this action as to the above-named defendants is set for November 7, 2022 at 10 a.m. in Courtroom 11D.

Government voir dire, requests to charge, Rule 404(b) evidence and any in limine motions are due September 9, 2022. Defendants' in limine motions, responses to government in limine motions, voir dire and requests to charge, including objections to government requests due September 23, 2022. Government responses to defendants' motions due October 7, 2022. Final Pre-trial Conference set for October 27, 2022 at 11 a.m.

SO ORDERED.

New York, New York
May 11, 2022

P. Kevin Castel
United States District Judge