UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                              S5 15-cr-379 (PKC)

      -against-

                                                                                          ORDER

OTTO RENE SALGUERO MORALES and
RONALD ENRIQUE SALGUERO PORTILLO,

                         Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Conference has been scheduled for July 12, 2022 at noon in Courtroom 11D.

        SO ORDERED.

                                                                                P. Kevin Castel
                                                                       United States District Judge

Dated:  New York, New York
           July 5, 2022