UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                            S5 15-cr-379 (PKC)

       -against-

                                                                            ORDER

OTTO SALGUERO MORALES, AND RONALD
SALGUERO PORTILLO,

                       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has scheduled a conference for August 17, 2022 at 2 p.m. as to the above defendants.  The Court will also hold a conference on the originally scheduled date September 14, 2022 at 3 p.m. in Courtroom 11D for these defendants.

        SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated:  New York, New York
          August 11, 2022