# DAVID ZAPP

46 EAST 92nd STREET • SUITE 2 • NEW YORK, NEW YORK 10128
917 414-4651
davidzapp@aol.com

## ATTORNEY

NEW YORK, DISTRICT OF COLUMBIA, BARS

September 4, 2022

<u>Filed Under Seal</u>
Hon. P. Kevin Castel
US District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>US v. Ronald Enrique Salguero Portillo</u>
15-CR-00379

Dear Judge Castel,

On or about August 17, 2022, sealed motions were filed by previous defense counsel for defendant Ronald Enrique Salguero Portillo. The motions were jointly filed, Mr. Feitel, attorney for Otto Salguero-Morales, joined in the motion on behalf on his client.
Defendant Ronald Enrique Salguero Portillo hereby withdraws the sealed motions filed on his behalf.

Faithfully yours,

/s/David Zapp
Attorney for Ronald Enrique Salguero Portillo

CC: AUSA Kaylan Lasky

---

*Handwritten order:* Based upon the decision of both defendants to withdraw the motions, the motions filed by defendant Ronald Salguero Portillo joined in by Otto Salguero-Morales are deemed WITHDRAWN. The application to unseal is DENIED as MOOT. SO ORDERED. /s/ USDJ 9-6-22