UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                               S5 15 CR 379 (PKC)

        -against-                                            ORDER

OTTO RENE SALGUERO-MORALES (6),
RONALD ENRIQUE SALGUERO-PORTILLO (7)

                             Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Plea hearing for defendants, Otto Rene Salguero Morales and Ronald Enrique Salguero Portillo is scheduled for October 6, 2022 at 3:30 p.m. in Courtroom 11D.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         September 19, 2022