**LAW OFFICE OF ROBERT FEITEL, P.L.L.C.**
1300 Pennsylvania Avenue, N.W.
WASHINGTON, D.C. 20008
202-450-6133 (office)
202-255-6637 (cell)
RF@RFeitelLaw.com

March 13, 2023

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
Manhattan, New York

                Re:    *United States v. Otto Salguero Morales*, S5 15 Cr. 379

Dear Judge Castel,

      I am writing on behalf of my client Otto Salguero to request an adjournment of approximately sixty (60) for the sentencing in this case, which is currently scheduled for March 21, 2023, until on or about May 25, 2023 or a date thereafter convenient for the Court's schedule. The prosecutor assigned to the case does not object to the requested continuance.

      Undersigned counsel requests the additional time in order to review the final PSR in this case, which was released on March 10, 2023, with his client. In addition, undersigned counsel solicited and recentluy received letters from the defendant's family and friends in his home country of Guatemala for submission to the Court and those documents need to be translated as well.

      Finally, undersigned has communicated with the Government and David Zapp, Esquire, counsel for the co-defendant about this requested continuance and the co-defendant also requests a continuance, to which the Government consents.

      Thank you for consideration of this matter.

Sentencing for Otto Salguero and Ronald Salguero is adjourned from March 21, 2023 to May 25, 2023 at 11:00 a.m. in Courtroom 11D.
SO ORDERED.
Dated:  3/14/2023

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Respectfully submitted,

*Robert Feitel*
_____
Robert Feitel, Esquire
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

                                                                                                                                 202-2550-6637 (cellular)  
                                                                                                                                 202-450-633 (office)  
                                                                                                                                 RF@RFeitelLaw.com

cc:    Kaylan Lasky, AUSA via ECF  
        Kyle Wirshba, AUSA via ECF  
        David Zapp, Esquire via ECF