UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                             S5 15 CR 379 (PKC)

        -against-                                                      ORDER

Otto Rene Salguero Morales (6) and
Ronald Enrique Salguero Portillo (7),

                               Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Sentencing for Otto Rene Salguero Morales and Ronald Enrique Salguero Portillo previously scheduled for May 25, 2023 is adjourned until June 8, 2023 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
        April 28, 2023